# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-CR-30178-14-WDS |
| | ) | |
| NATHANIEL LEWIS, | ) | |
| | ) | |
| Defendant.. | ) | |

## MEMORANDUM & ORDER

**STIEHL, District Judge:**

On August 29, 2008, the United States of America and defendant Nathaniel Lewis consented to appear before Magistrate Judge Donald G. Wilkerson pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2). At that time, the defendant entered a plea of guilty to Count 1 of the Indictment.

On September 2, 2008, Judge Wilkerson submitted a Report recommending that the undersigned District Judge accept the plea of guilty, that a Pre-sentence Investigation Report be prepared, and that the defendant be adjudicated guilty and have sentence imposed accordingly (Doc. 19).

The Report was sent to the parties along with a "NOTICE" informing them of their right to appeal by way of filing "Objections" within ten days of service of the Report and Recommendation. Neither party has filed an objection, therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985); *Video Views Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7ᵗʰ Cir. 1986).**

Accordingly, the undersigned District Judge **ADOPTS** Magistrate Judge Wilkerson's

Report and Recommendation (Doc. 19), **ACCEPTS** defendant Nathaniel Lewis' plea of

guilty, and **ADJUDGES** defendant Nathaniel Lewis guilty.

**IT IS SO ORDERED.**

**DATED: November 25, 2008**

s/*WILLIAM D. STIEHL*

**DISTRICT JUDGE**
